IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAJAN DURHAM, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 17-5152 |
| v. | : | |
| CITY OF PHILADELPHIA, COUNTY OF BUCKS, COUNTY OF MONTGOMERY, PHILADELPHIA COUNTY DISTRICT ATTORNEY'S OFFICE, MONTGOMERY COUNTY DISTRICT ATTORNEY'S OFFICE, BUCKS COUNTY DISTRICT ATTORNEY'S OFFICE, PA STATE TROOPER DEPARTMENT, PA STATE TROOPER JEFFERY HAND, PA STATE TROOPER PRESTON GRAY, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 16th day of July, 2019, after considering: (1) the amended complaint filed by the *pro se* plaintiff, Tajan Durham (Doc. No. 16); (2) the motion to dismiss filed by the defendant the Philadelphia District Attorney's Office (Doc. No. 24); (3) the motion to dismiss filed by the defendant the City of Philadelphia (Doc. No. 29); (4) the motion to dismiss filed by the defendants Preston Gray and Jeffery Hand (Doc. No. 35); (5) the motion to dismiss filed by the defendants the County of Montgomery and the Montgomery County District Attorney's Office (Doc. No. 37); (6) the motion to dismiss filed by the defendant the Bucks County District Attorney's Office (Doc. No. 40); and (7) the plaintiff's "motion requesting continu[a]nce of 'order to show cause'" (Doc. No. 43); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The motions to dismiss the amended complaint for failure to state a claim (Doc. Nos. 24, 29, 35, 37, 40) are **GRANTED**;

2. The "motion requesting continu[a]nce of 'order to show cause'" (Doc. No. 43) is **DENIED**;

3. The amended complaint (Doc. No. 16) is **DISMISSED WITH PREJUDICE**; and

4. The clerk of court is **DIRECTED** to mark this case as **CLOSED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.